Filed 7/17/24  P. v. Roberts CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL LAWRENCE ROBERTS,<br><br>    Defendant and Appellant. | A166838<br><br>(San Mateo County Super. Ct. No. 22-SF-000551-A) |

Michael Lawrence Roberts appeals from his sentence of two years in state prison after a contested probation revocation hearing.  Roberts's appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), summarizing the facts and procedural history and requesting this court to independently review the record to identify any issues warranting review.  Roberts was advised of his right to file a supplemental brief but has not done so.

Finding no arguable issues on appeal, we affirm.

**FACTUAL AND PROCEDURAL BACKGROUND**

On October 21, 2022, the trial court held a contested probation revocation hearing in Case No. 22-SF-000551-A.  During the hearing, the trial court took judicial notice of three misdemeanor convictions (two violations of Health and Safety Code section 11364 (counts one and three)

1

and one violation of Health and Safety Code section 11377, subdivision (a) (count two)) entered against Roberts on October 17, 2022, in Case No. 22-SM-009458-A.[1]  On the basis of the three misdemeanor convictions, the trial court found Roberts in violation of the terms and conditions of his probation in Case No. 22-SF-000551-A, which included an order to obey all laws.  The trial court terminated Roberts's probation and sentenced him to the mitigated term of two years in state prison on the underlying violation of Penal Code section 245, subdivision (a)(4).  The trial court awarded Roberts 179 days of credit for time served and 178 days of conduct credit for a total of 357 days of credit.

On December 12, 2022, Roberts filed a timely notice of appeal.

## DISCUSSION

Roberts's counsel filed a *Wende* brief on May 31, 2024.  We have received no supplemental filing by Roberts.  Roberts's notice of appeal is from an order revoking his probation and therefore is appealable as an order made after judgment affecting his substantial rights.  (Pen. Code, § 1237, subd. (b); *People v. Vickers* (1972) 8 Cal.3d 451, 453, fn. 2.)  The trial court's probation hearing and sentence were appropriately supported by the evidence and without any indication of an abuse of discretion.  After reviewing the entire record on appeal pursuant to *Wende, supra,* 25 Cal.3d 436, we find no issues

---

[1] At the time of the revocation hearing, the three misdemeanor convictions had not become final and were pending appeal in the San Mateo Superior Court, Appellate Division.  On December 22, 2023, Roberts filed a petition to transfer his appeal from the Appellate Division to this court.  On January 2, 2024, this court denied that petition, but on its own motion stayed the briefing in this appeal pending the decision of the Appellate Division and ordered Appellant's Opening Brief due no later than 30 days after issuance of the Appellate Division's decision.  On May 28, 2024, the Appellate Division issued its decision affirming the three misdemeanor convictions.  Thereafter, Roberts filed his *Wende* brief.

requiring further briefing.

## DISPOSITION

The judgment is affirmed.


HITE, J.*


We concur:


BROWN, P. J.
STREETER, J.

*People v. Roberts* (A166838)

---

* Judge of the Superior Court of California, City and County of San Francisco, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.